# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEOVANY VELASQUEZ, | Case No. CV 15-5881-R (JPR) |
| Petitioner, | |
| v. | **J U D G M E N T** |
| SEC'Y OF THE CAL. DEP'T OF CORRS., | |
| Respondent. | |

    Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

    IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: March 24, 2017

MANUEL L. REAL
U.S. DISTRICT JUDGE